UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

GEORGE DIX,

      Plaintiff,

Vs.

UNITED PARCEL SERVICE INC.,

      Defendant.

_____/

Case No.: 04-14358CIV-MARRA

FILED by _____ D.C.

FEB 1 6 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### PLAINTIFF'S NOTICE OF ERRATA REGARDING PLAINTIFF'S SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff, George Dix, by and through his undersigned counsel, files this notice of Errata correcting an error in its Second Amended Complaint. The correction is as follows:

Paragraph number 7 of the Second Amended Complaint currently reads:

7. Within 300 days of the occurrence of the acts of which he complains, charges of employment discrimination were dual-filed with the Equal Employment Opportunity Commission (EEOC) and the Florida Commission on Human Relations by Dix against UPS, on or about April 24, 2002. (Attached as Exhibit "A").

The paragraph number 7 should read:

7. Within 300 days of the occurrence of the acts of which he complains, charges of employment discrimination were dual-filed with the Equal Employment Opportunity Commission (EEOC) and the Florida Commission on Human Relations by Dix against UPS, on or about April 15, 2002. (Attached as Exhibit "A").

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this __16__ day of February, 2006 to the Defendant UNITED PARCEL SERVICE, INC. By U.S. Mail to Kelly Ann G. Cartwright, Esq., Holland & Knight LLP, 701 Brickell Ave., Ste. 3000, Miami, Fl. 33101.

GARY, WILLIAMS, PARENTI, FINNEY,
LEWIS, McMANUS, WATSON & SPERANDO
320 S. Indian River Drive
Ft. Pierce, FL 34950
Tel:     (772) 464-2352
Fax:    (772) 464-4742

By: _____
**LINNES FINNEY, JR., ESQ**.
Florida Bar No.: 353671
**MARK MILLER, ESQ.**
Florida Bar No.: 0094961